COOLEY LLP
BRENDAN J. HUGHES (DC Bar No. 497332) (*pro hac vice pending*)
(bhughes@cooley.com)
JESSICA M. WILLIAMS (CA Bar No. 341492)
(jwilliams@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

BRIAN J. FOCARINO (CA Bar No. 305382)
(bfocarino@cooley.com)
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone:    (617) 937-2300
Facsimile:    (617) 937-2400

JUDD LAUTER (CA Bar No. 290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendants
Google LLC and Sidewalk Labs LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DINESH PATEL,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE LLC, a Delaware Limited Liability Company; SIDEWALK LABS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 3:23-cv-02470-LJC<br><br>**DEFENDANTS' MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed: May 19, 2023<br>Magistrate Judge: Hon. Lisa J. Cisneros<br>Court: Courtroom G – 15th Floor |

WHEREAS, on May 19, 2023, Plaintiff Dinesh Patel ("Patel") filed a Complaint for trademark infringement, false designation of origin, and unfair competition against Defendants Google LLC and Sidewalk Labs LLC (together, "Google").

WHEREAS, Patel served the Complaint on Google on June 6, 2023.

WHEREAS, pursuant to Fed. R. Civ. P. 12, Google's current deadline to respond to the Complaint is June 27, 2023.

WHEREAS, to allow the parties time to discuss a potential resolution, and to allow Google sufficient time to prepare its response to the Complaint, if necessary, Google respectfully requests that the Court extend its deadline to answer or otherwise respond to the Complaint until July 27, 2023 (*i.e.*, a 30-day extension).

WHEREAS, Google anticipates that by extending the deadline to answer or otherwise respond to the Complaint to July 27, 2023, this will alter the deadlines set forth in the Court's May 19, 2023 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 2), including the deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure Rule 26(f) and file an ADR Certification (set for July 27, 2023), the deadline to file a Rule 26(f) Report (set for August 10, 2023), and the initial case management conference scheduled for August 17, 2023.

WHEREAS, this Motion is Google's first request for an extension of time.

WHEREAS, counsel for Google exchanged emails and spoke by phone with Mr. Patel regarding the request by Google for an extension of time to answer or otherwise respond to the Complaint. *See* Declaration of Brendan J. Hughes in Support of Motion to Extend at ¶¶ 2–6.

AND WHEREAS, following such exchanges, Mr. Patel informed counsel for Google that he would not consent to any extension. *Id*.

NOW WHEREFORE, Google respectfully moves for an extension of time until July 27, 2023 to answer or otherwise respond to Mr. Patel's Complaint.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' MOTION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER
CASE NO. 3:23-CV-02470-LJC

Respectfully Submitted,

Dated:  June 23, 2023

COOLEY LLP
BRENDAN J. HUGHES (*pro hac vice pending*)
BRIAN J. FOCARINO (305382)
JESSICA M. WILLIAMS (341492)
JUDD LAUTER (290945)


*/s/ Brian J. Focarino*
Brian J. Focarino

Attorneys for Defendants
Google LLC and Sidewalk Labs LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFENDANTS' MOTION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER
CASE NO. 3:23-CV-02470-LJC

## CERTIFICATION

Pursuant to the Standing Order for Magistrate Judge Lisa J. Cisneros Section E.1. (Motion Practice – Meet and Confer Requirement), I, Brian J. Focarino, attest that the parties have met and conferred regarding the extension request that is the subject of the present motion.  Executed on June 23, 2023, in Boston, Massachusetts.

/s/ Brian J. Focarino
 Brian J. Focarino (305382)
Attorney for Defendants

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' MOTION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER
CASE NO. 3:23-CV-02470-LJC

## [PROPOSED] ORDER

IT IS SO ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint shall be extended until July 27, 2023.


Dated: _____, 2023

_____
HONORABLE LISA J. CISNEROS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5