| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Dinesh Patel<br>2118 Walsh Avenue<br>Suite 240<br>Santa Clara, CA 95050<br>Telephone No: 408-454-8378 | | Ref. No. or File No.: | | |
| Attorney for: Pro Se | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U.S. District Court, Northern District of California | | | | |
| Plaintiff: Dinesh Patel | | | | |
| Defendant: Google, LLC, et al | | | | |
| **PROOF OF SERVICE**<br>**Summons in a Civil Action** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C2302470LJC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Coversheet For Case 3:23-Cv-02470-Ljc At The District Court Of Northern District Of California; Civil Complaint With Exhibits; Order Setting Initial Case Management Conf. And Adr Deadlines; Consent Or Declination To Magistrate Judge Jurisdiction & Electronic Filing Receipt; Form Ao 120 And Electronic Filing Receipt; Settlement Conference Standing Order For Magistrate Judge Lisa J. Cisneros; Standing Order For Magistrate Judge Lisa J. Cisneros; Standing Order For All Judges Of The Northern District Of California; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Form Ao 398; Form Ao 399

3. a. Party served: Google, LLC, a Delaware Limited Liability Company, by serving CSC - Lawyers Incorporating Service, Agent for Service
   b. Person served: Nicole Stauss, Authorized to Accept Service

4. Address where the party was served: 2710 Gatewy Oaks Drive
   Suite 150N
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 06, 2023 (2) at: 2:31PM

7. Person Who Served Papers:
   a. Michael Van Hooser
   b. Bender's Legal Service, Inc.
      1625 The Alameda
      Suite 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $85.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2015-16
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Tue, Jun. 06, 2023

(Michael Van Hooser)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Actio

pateldin.292290